1
2
3
4
5                                                           JS-6
6
7
8                        UNITED STATES DISTRICT COURT
9
10                      CENTRAL DISTRICT OF CALIFORNIA

11     PHILLISA LANEY,                    Case No: CV14-06431 JAK(PJWx)

12          Plaintiff,
                                          **ORDER DISMISSING ENTIRE**
13                                        **ACTION WITHOUT PREJUDICE**

14          vs.

15     SUN LIFE ASSURANCE
16     COMPANY OF CANADA,

17          Defendant.

18

19

20                              **O R D E R**

21

22          The parties having stipulated that this matter has been resolved in its entirety

23     and each side to bear its own attorney's fees and costs, this matter is hereby

24     dismissed without prejudice.

25          **IT IS SO ORDERED.**

26

27     Dated: 7/17/15                     _____

28                                        HONORABLE JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE

- 1 -
ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE